FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY A. O'LEXEY,<br><br>    Plaintiff,<br><br>    v.<br><br>PATTY MURRAY, in her official capacity as a U.S. Senator, and THE OFFICE OF SENATOR PATTY MURRAY,<br><br>    Defendants. | No. 2:17-CV-00289-SAB<br><br>**ORDER DISMISSING COMPLAINT** |

On October 23, 2017, the Court dismissed without prejudice and with leave to amend Plaintiff's Complaint, ECF No. 4, for failure to state a claim upon which relief may be granted. This allowed Plaintiff the opportunity to cure the deficiencies in his Complaint. The Court cautioned Plaintiff that failure to file an amended complaint by November 27, 2017 would result in dismissal of the above-entitled action. Plaintiff has not filed an amended complaint.

**ORDER DISMISSING COMPLAINT ^ 1**

Accordingly, **IT IS HEREBY ORDERED** that:

1. For the reasons set forth above and in the Order Granting in Part Defendants' Motion to Dismiss, ECF No. 4, Plaintiff's Complaint, ECF No. 1, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted.

The District Court Executive is directed to file this Order, provide copies to counsel and pro se Plaintiff, and **CLOSE** the file.

**DATED** this 29th day of December 2017.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING COMPLAINT ^ 2**